IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00474-PAB-CBS

DAVID D. BLESSING,

    Plaintiff,

v.

OPTION ONE MORTGAGE CORPORATION,
ROBERT E. DUBRISH, individually and as President and CEO,
OPTION ONE MORTGAGE CORPORATION,
STEPHANIE O'MALLEY, individually and
as Public Trustee, Clerk & Recorder, Denver, County, and
ALVIN LACABE, individually and as Sheriff, Denver County,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Stay Scheduling Conference, Disclosures and Discovery Deadlines, Pending Rulings on Motions to Dismiss (*doc. # 30*) is GRANTED.

    The scheduling conference set for June 9, 2009 at 9:15 a.m. is CONVERTED to a status conference in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are not required to comply with the deadlines set forth in the court's Order (*doc. # 4*) dated March 11, 2009.

**DATED:**    May 26, 2009