IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00474-PAB-CBS

DAVID D. BLESSING,

    Plaintiff,

v.

OPTION ONE MORTGAGE CORPORATION, et al.,

    Defendants.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

THIS MATTER comes before the Court upon the Petitioner's Verified Motion to Dismiss [Docket No. 36]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the motion to dismiss [Docket No. 36] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED May 28, 2009.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge